IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

| | | |
|---|---|---|
| PAMPERIN, INC. d/b/a LEAF ELIMINATOR COMPANY | § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:09CV35- B-S |
| | § | |
| PATRICK PLASS and wife, LILA PLASS, Individually and d/b/a PLP PRODUCTS, PLASS PROPERTIES, L.L.C., and CONVERTA KILN, INC. | § § § § | |
| Defendants. | § | |

## AGREED ORDER REVISING DEADLINES

THIS MATTER is before the court on the joint *ore tenus* motion of plaintiff and defendants to enlarge certain deadlines previously established by the Case Management Order in this cause, and the Court, having considered the motion, finds that it is well taken and should be and is hereby granted.

IT IS HEREBY ORDERED that the time by which all discovery shall be completed shall be enlarged to and including February 22, 2010, the time by which all motions other than motions in limine shall be filed shall be enlarged to and including March 1, 2010. IT IS FURTHER ORDERED that defendants shall serve their responses to plaintiff's outstanding written discovery, including producing documents requested, on or before December 11, 2009.

SO ORDERED, this the 14th day of December 2009.

/s/David A. Sanders_____
DAVID A. SANDERS, MAGISTRATE JUDGE

AGREED:


/s/ Otis R. Tims_____
OTIS R. TIMS, MBN 8221,
Counsel for Plaintiff


/s/ Robin H. Rasmussen_____
ROBIN H. RASMUSSEN
Counsel for Defendants