IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

PAMPERIN, INC. d/b/a LEAF
ELIMINATOR COMPANY                                              PLAINTIFF

VS.                                         CIVIL ACTION NO. 2:09-CV-35-B-A

PATRICK PLASS and wife, LILA PLASS,
Individually and d/b/a PLP PRODUCTS,
PLASS PROPERTIES, L.L.C., and
CONVERTA KILN, INC.                                             DEFENDANTS

## ORDER

This case comes before the court pursuant to Rule 16.1(b)(3)(B) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi. The rule provides that

> Filing an immunity defense or jurisdictional defense motion
> stays the attorney conference and disclosure requirements
> and all discovery not related to the issue pending the court's
> ruling on the motion, including any appeal.

The plaintiff filed a motion to dismiss for lack of personal jurisdiction and lack of venue [Doc. #35] on August 28, 2009. Accordingly, the present action is stayed as to all defendants except Patrick Plass, individually.

Additionally, with respect to plaintiffs' motion to compel [Doc. #52] the motion is granted in part and denied in part as ordered from the bench in the hearing held on February 10, 2010.

IT IS, THEREFORE, ORDERED that:

- Except as to defendant Patrick Plass, individually, discovery not related to the pending jurisdictional issue is hereby stayed; and,
- Plaintiff's motion to compel is granted in part and denied in part; and,
- Parties are to bear their own costs.

SO ORDERED, this the 15th day of February 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE