IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**PAMPERIN, INC. d/b/a LEAF**
**ELIMINATOR COMPANY**                                          **PLAINTIFF**

**VS.**                                                                           **CIVIL ACTION NO. 2:09-CV-35-B-A**

**PATRICK PLASS and wife, LILA PLASS,**
**Individually and d/b/a PLP PRODUCTS,**
**PLASS PROPERTIES, L.L.C., and**
**CONVERTA KILN, INC.**                                      **DEFENDANTS**

## ORDER

This matter is before the court on Motion of plaintiffs to compel discovery from defendants Plass Properties (#54) and Converta Kiln, Inc. (#56). Pursuant to Rule 16.1(b)(3)(B) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi, non-jurisdictional discovery was stayed, as to these defendants by order of this court.

As such, these motions are dismissed without prejudice, and the plaintiffs may refile once the stay is lifted.

SO ORDERED, this the 16th day of February 2010.

                                                                                 /s/ David A. Sanders
                                                                                 UNITED STATES MAGISTRATE JUDGE